**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 85 WAL 2019

  :

Respondent   :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

v.   :

  :

  :

JEFFREY DONALD PETERSON,   :

  :

Petitioner   :


## ORDER


**PER CURIAM**

    **AND NOW**, this 26th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.